**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH C. BROOKS, | No. C10-04341 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| DUNLOP MANUFACTURING INC., | |
| Defendant. | |

The Court having stayed this matter pending the Federal Circuit's resolution of 34 U.S.C. § 292(b)'s constitutionality GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: June 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE