**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH C. BROOKS,

    Plaintiff,

  v.

DUNLOP MANUFACTURING INC.,

    Defendant.
    _____/

No. C 10-04341 CRB

**JUDGMENT**

    Having granted Defendant's Motion to Dismiss, the Court hereby enters judgment for Defendant and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: December 9, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4341\judgment.wpd