IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH C. BROOKS,<br><br>    Plaintiff,<br><br>  v.<br><br>DUNLOP MANUFACTURING INC.,<br><br>    Defendant.  / | No. C 10-04341 CRB<br><br>**JUDGMENT** |

Having granted Defendant's Motion to Dismiss, the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 9, 2011           CHARLES R. BREYER
                                   UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4341\judgment.wpd